# Order

**Michigan Supreme Court**
**Lansing, Michigan**

August 1, 2011

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

143085(39)

MICHIGAN PROPERTIES, LLC,
      Petitioner-Appellee
      Cross-Appellant,

v

MERIDIAN TOWNSHIP,
      Respondent-Appellant
      Cross-Appellee.

_____

SC:   143085-7
CoA:  289174, 289175, 289176
MTT:  00-334137, 00-334501,
        00-335607

On order of the Chief Justice, a stipulation by counsel for the parties is considered and petitioners' application for leave to appeal as cross-appellant is dismissed with prejudice and without costs.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

August 1, 2011

_____
Clerk